# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. THOMAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN SUTTON, Warden,<br><br>　　　　Respondent. | Case No.  1:17-cv-00205-JLT-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND TO NAME A PROPER RESPONDENT<br>(Doc. 5)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

After conducting a preliminary review of the petition, it was discovered that Petitioner had named an improper respondent. Petitioner was granted leave to amend to name a proper respondent. On March 29, 2017, Petitioner filed a motion to amend the petition to name John Sutton as Respondent in this matter. John Sutton is Warden of Wasco State Prison, where Petitioner is presently in custody. Therefore, he is the proper respondent in this habeas matter.

Accordingly, the Court **ORDERS** that Petitioner's motion to amend the petition to name John Sutton as Respondent is **GRANTED**, and the Clerk of Court is **DIRECTED** to change the name of Respondent to John Sutton, Warden.

IT IS SO ORDERED.

　　Dated: __**April 5, 2017**__　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28